## OGLETREE *v.* ANDREWS.

*Lumpkin, J.*—1. Where a plea to the jurisdiction in a civil action was made and adjudicated against the defendant, and no exception was taken to the judgment, he could not afterwards raise the question of jurisdiction by an affidavit of illegality.

2. Under the evidence submitted, there was no error in directing a verdict in favor of the plaintiff in execution.

　　　　　　　　　　　　　　　　*Judgment affirmed.*

June 1, 1896. By two Justices. Argued at the last term.

Affidavit of illegality.　Before Judge Butt.　Chattahoochee superior court.　March term, 1895.

*Battle & Miller*, for plaintiff in error.
*E. J. Wynn* and *J. H. Worrill*, contra.